STATE OF NEW JERSEY v. RICHARD HARRIS.

October 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. SIDNEY HOWARD.

October 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SUBER.

October 19, 1971. Petition for certification denied.

MARIA LOPEZ, *ET AL.* v. ALFRED J. SWYER, M.D., *ET AL.*

October 19, 1971. Petition for certification granted. (See 115 *N. J. Super.* 237)

JAMES DE BOW t/a DE BOW AGENCY v.
MORRIS BARRY, *ET AL.*

October 19, 1971. Petition for certification denied.

WILLIAM P. CORBIN v. COCA-COLA COMPANY, *ET AL.*

October 19, 1971. Petition for certification granted.